# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 108.0.46.226 | Verizon Online | 2011-05-27 05:35:52 AM |
| 108.13.254.116 | Verizon Online | 2011-06-14 03:47:49 PM |
| 108.23.184.177 | Verizon Online | 2011-06-18 04:01:16 AM |
| 173.51.252.40 | Verizon Online | 2011-06-08 10:24:34 AM |
| 173.55.45.43 | Verizon Online | 2011-05-25 07:24:27 PM |
| 173.58.98.202 | Verizon Online | 2011-05-28 01:34:50 PM |
| 173.60.225.150 | Verizon Online | 2011-06-02 02:17:59 PM |
| 24.10.117.55 | Comcast Cable Communications | 2011-06-03 02:47:33 AM |
| 24.10.34.146 | Comcast Cable Communications | 2011-06-03 07:20:11 AM |
| 24.205.231.47 | Charter Communications | 2011-06-30 07:42:17 AM |
| 24.5.68.240 | Comcast Cable Communications | 2011-06-03 02:39:54 PM |
| 24.7.104.139 | Comcast Cable Communications | 2011-06-03 07:09:40 AM |
| 24.7.175.172 | Comcast Cable Communications | 2011-06-03 03:54:26 PM |
| 50.0.99.23 | Sonoma Interconnect | 2011-06-29 02:32:05 PM |
| 66.75.235.243 | Road Runner | 2011-06-24 03:11:22 AM |
| 67.164.111.86 | Comcast Cable Communications | 2011-05-29 02:19:45 AM |
| 67.164.5.236 | Comcast Cable Communications | 2011-07-01 04:31:23 AM |
| 67.180.85.127 | Comcast Cable Communications | 2011-07-10 06:23:44 PM |
| 67.181.255.81 | Comcast Cable Communications | 2011-05-27 05:47:25 AM |
| 68.190.232.30 | Charter Communications | 2011-06-13 01:56:36 PM |
| 68.4.162.57 | Cox Communications | 2011-05-27 07:22:18 PM |
| 68.4.82.26 | Cox Communications | 2011-05-26 02:09:56 PM |
| 68.5.192.191 | Cox Communications | 2011-05-27 08:35:52 PM |
| 68.7.234.85 | Cox Communications | 2011-05-31 02:16:08 PM |
| 68.8.189.193 | Cox Communications | 2011-06-03 03:54:26 PM |
| 71.197.100.129 | Comcast Cable Communications | 2011-05-26 10:42:41 PM |
| 72.129.13.69 | Road Runner | 2011-06-06 05:30:53 AM |
| 72.194.212.137 | Cox Communications | 2011-06-11 06:34:12 AM |
| 75.101.2.43 | Sonoma Interconnect | 2011-05-26 02:10:04 PM |
| 75.79.51.90 | DSL Extreme | 2011-05-26 02:10:13 PM |
| 76.102.239.204 | Comcast Cable Communications | 2011-06-26 04:27:37 AM |
| 76.102.67.141 | Comcast Cable Communications | 2011-06-11 04:17:37 AM |
| 76.167.224.251 | Road Runner | 2011-05-26 03:56:42 AM |
| 76.191.236.23 | Sonoma Interconnect | 2011-05-28 11:06:46 AM |
| 76.220.1.184 | AT&T Internet Services | 2011-06-17 07:34:20 AM |
| 76.254.16.104 | AT&T Internet Services | 2011-06-01 08:21:13 AM |
| 76.94.121.104 | Road Runner | 2011-06-10 12:43:02 AM |
| 98.210.9.248 | Comcast Cable Communications | 2011-05-26 09:07:07 PM |
| 98.234.3.128 | Comcast Cable Communications | 2011-06-08 04:37:45 AM |
| 98.242.37.174 | Comcast Cable Communications | 2011-05-26 03:56:42 AM |
| 98.248.6.193 | Comcast Cable Communications | 2011-06-09 08:18:37 PM |
| 99.146.99.12 | AT&T Internet Services | 2011-06-26 04:28:15 AM |
| 99.169.83.78 | AT&T Internet Services | 2011-06-18 05:40:38 AM |
| 99.176.9.91 | AT&T Internet Services | 2011-06-08 02:23:45 AM |
| 99.29.235.148 | AT&T Internet Services | 2011-06-20 08:55:02 PM |
| 99.59.96.225 | AT&T Internet Services | 2011-05-26 12:42:07 AM |

| | | |
|---|---|---|
| 99.61.82.242 | AT&T Internet Services | 2011-05-26 03:00:41 PM |
| 99.67.57.124 | AT&T Internet Services | 2011-05-27 02:18:48 PM |