| No | IP Address | ISP | Case | CaseNo | Filed | Discovery Requested | Discovery Granted | Subpoena Issue | Subpoena Due | Subpena Returned |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 108.0.46.226 | Verizon Online | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 2 | 108.13.254.116 | Verizon Online | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 3 | 108.23.184.177 | Verizon Online | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 4 | 173.51.252.40 | Verizon Online | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 5 | 173.55.45.43 | Verizon Online | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 6 | 173.58.98.202 | Verizon Online | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 7 | 173.60.225.150 | Verizon Online | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 8 | 24.10.117.55 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 9 | 24.10.34.146 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 10 | 24.205.231.47 | Charter Communications | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 11 | 24.5.68.240 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 12 | 24.7.104.139 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 13 | 24.7.175.172 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 14 | 50.0.99.23 | Sonoma Interconnect | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 15 | 66.75.235.243 | Road Runner | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 16 | 67.164.111.86 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 17 | 67.164.5.236 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 18 | 67.180.85.127 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 19 | 67.181.255.81 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 20 | 68.190.232.30 | Charter Communications | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 21 | 68.4.162.57 | Cox Communications | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 22 | 68.4.82.26 | Cox Communications | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 23 | 68.5.192.191 | Cox Communications | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 24 | 68.7.234.85 | Cox Communications | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 25 | 68.8.189.193 | Cox Communications | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 26 | 71.197.100.129 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 27 | 72.129.13.69 | Road Runner | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 28 | 72.194.212.137 | Cox Communications | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 29 | 75.101.2.43 | Sonoma Interconnect | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 30 | 75.79.51.90 | DSL Extreme | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 31 | 76.102.239.204 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 32 | 76.102.67.141 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 33 | 76.167.224.251 | Road Runner | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 34 | 76.191.236.23 | Sonoma Interconnect | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 35 | 76.220.1.184 | AT&T Internet Services | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 36 | 76.254.16.104 | AT&T Internet Services | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 37 | 76.94.121.104 | Road Runner | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 38 | 98.210.9.248 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 39 | 98.234.3.128 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 40 | 98.242.37.174 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 41 | 98.248.6.193 | Comcast Cable Comm's | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | 12/1/11 |
| 42 | 99.146.99.12 | AT&T Internet Services | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 43 | 99.169.83.78 | AT&T Internet Services | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 44 | 99.176.9.91 | AT&T Internet Services | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 45 | 99.29.235.148 | AT&T Internet Services | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 46 | 99.59.96.225 | AT&T Internet Services | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 47 | 99.61.82.242 | AT&T Internet Services | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |
| 48 | 99.67.57.124 | AT&T Internet Services | Pacific Century Int'l Ltd v. Does 1-48 | 5:11-cv-03823-MEJ | 8/3/11 | 9/29/11 | 10/7/11 | 10/10/11 | 11/30/11 | |