Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., <br>         Plaintiff, <br>     v. <br> DOES 1-48, <br>         Defendants. | **No. C-11-03823 MEJ** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On January 26, 2012, Plaintiff filed a Motion for Administrative Relief for Leave to Continue the Initial CMC. (ECF No. 20.) For good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for February 16, 2012, is continued to **Thursday, February 23, 2012, at 10:00 a.m. on the 15th Floor in Courtroom B of the San Francisco Federal Court.**

DATED: January 30, 2012

_____
Chief United States Magistrate Judge
Maria-Elena James