Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

**GRANTED**
*Judge Maria-Elena James*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., <br> Plaintiff, <br> v. <br> DOES 1-48, <br> Defendants. | **No. C-11-03823 MEJ** <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendants remaining in this case have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

//

//

//

//

| | |
|---|---|
| 1 | Plaintiff prays that the Court enter a judgment reflecting the above. |
| 2 | |
| 3 | Respectfully Submitted, |
| 4 | |
| 5 | PRENDA LAW INC., |
| 6 | **DATED: February 16, 2012** |
| 7 | By: ____/s/  Brett L. Gibbs, Esq._____ |
| 8 | Brett L. Gibbs, Esq. (SBN 251000) |
| | Of Counsel to Prenda Law Inc. |
| 9 | 38 Miller Avenue, #263 |
| | Mill Valley, CA 94941 |
| 10 | blgibbs@wefightpiracy.com |
| | *Attorney for Plaintiff* |

2
NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJDICE        No. C-11-03823 MEJ

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 16, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                                                      /s/ Brett L. Gibbs
                                                                          Brett L. Gibbs, Esq.